

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2021

No. 04-21-00477-CV

**IN RE CINCINNATI INSURANCE COMPANY**,

Original Mandamus Proceeding[1]

# O R D E R

Sitting:      Luz Elena D. Chapa, Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice

On November 2, 2021, Cincinnati Insurance Company filed a petition for a writ of mandamus and a motion for temporary relief.

The court is of the opinion the petition for a writ of mandamus raises a serious question requiring further consideration. We therefore **order** respondent and the real party in interest may file responses to the petition in this court no later than **November 15, 2021.** The court specifically requests responses to the arguments made in sections III B, C, and D of the petition.

We further **grant** the motion for temporary relief and **order** all proceedings, including discovery, in cause number 18-10-36490-MCV-A, pending in the 293rd Judicial District Court of Maverick County, Texas, stayed pending final disposition of the petition for a writ of mandamus. *See* TEX. R. APP. P. 52.10.

It is so ORDERED on November 3, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 18-10-36490-MCA-A, styled Ronnie Villanueva v. Juan Fernandez; Robert Verduzco and the Cincinnati Insurance Company, pending in the 293rd Judicial District Court, Maverick County, Texas, the Honorable Maribel Flores, presiding.